**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL _____ District of  CALIFORI _____
                                    (State)

Case number (if known): _____     Chapter  11

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| 1. **Debtor's name** | OFFICE UPRISING, LLC |

| | |
|---|---|
| 2. **All other names debtor used in the last 8 years** | |
| Include any assumed names, trade names, and *doing business as* names | |

| | |
|---|---|
| 3. **Debtor's federal Employer Identification Number (EIN)** | 8 1 – 1 3 8 8 7 9 8 |

4. **Debtor's address**

**Principal place of business**

11810 MAYFIELD AVE., #105
Number      Street

LOS ANGELES          CA      90049
City                  State      ZIP Code

LOS ANGELES
County

**Mailing address, if different from principal place of business**

Number      Street

P.O. Box

City          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City          State      ZIP Code

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | OFFICE UPRISING, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| 7. | **Describe debtor's business** | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

<u>7</u>  <u>8</u>  <u>1</u>  <u>2</u>

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
|---|---|---|

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☑ No |
|---|---|---|
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | | District _____ When _____ |
| | | MM / DD / YYYY |
| | | Case number, if known _____ |

Debtor    OFFICE UPRISING, LLC
_____          Case number (if known)_____
            Name

**11. Why is the case filed in *this***          *Check all that apply:*
    **district?**

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have**          ☑ No
    **possession of any real**
    **property or personal property**          ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **that needs immediate**
    **attention?**

**Why does the property need immediate attention?**  *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

                          _____

                          _____  _____  _____
                          City                           State     ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

        Contact name    _____

        Phone           _____

---

| **Statistical and administrative information** |
| --- |

**13. Debtor's estimation of**          *Check one:*
    **available funds**
                                          ☑ Funds will be available for distribution to unsecured creditors.

                                          ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of**    ☑ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
    **creditors**             ☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
                              ☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
                              ☐ 200-999

**15. Estimated assets**      ☐ $0-$50,000                ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion
                              ☐ $50,001-$100,000          ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion
                              ☐ $100,001-$500,000         ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion
                              ☐ $500,001-$1 million       ☐ $100,000,001-$500 million   ☐ More than $50 billion

---

| Debtor | OFFICE UPRISING, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐ I have been authorized to file this petition on behalf of the debtor.

☐ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 2 21 2019
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Giulia Prenna
Printed name

Title Manager

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date 02/20/2019
MM / DD / YYYY

Michael S. Kogan
Printed name

KOGAN LAW FIRM, APC
Firm name

1849 Sawtelle Blvd., Suite 700
Number     Street

Los Angeles     CA   90025
City     State   ZIP Code

310.954.1690     mkogan@koganlawfirm.com
Contact phone     Email address

128500     CA
Bar number     State

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is  N/A               .

2. The following financial data is the latest available information and refers to the debtor's condition on N/A             .

    a. Total assets                                    $_____

    b. Total debts (including debts listed in 2.c., below)    $ _____

    c. Debt securities held by more than 500 holders

                                                                   Approximate
                                                                   number of
                                                                   holders:

secured ☐  unsecured ☐  subordinated ☐  $ _____      N/A
secured ☐  unsecured ☐  subordinated ☐  $ _____   _____
secured ☐  unsecured ☐  subordinated ☐  $ _____   _____
secured ☐  unsecured ☐  subordinated ☐  $ _____   _____
secured ☐  unsecured ☐  subordinated ☐  $ _____   _____

    d. Number of shares of preferred stock               _____
    e. Number of shares common stock                 _____

    Comments, if any: _____
_____
_____

3. Brief description of debtor's business: _____
_____
_____

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
_____
_____
_____

**Fill in this information to identify the case:**

Debtor name  OFFICE UPRISING, LLC

United States Bankruptcy Court for the: CENTRAL _____ District of CALIFORNI
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hudson Capital 15 East Central Avenue Pearl River, NY  10965 | cconover@HudsonPrivate.com / Office (845) 920-1600, Cell (917) 887-7009 | | | | | 1,279,580 |
| 2 | David Boies 4041 University Dr., 5th Floor Fairfax, VA  22030 | dboies@straus-boies.com / (239) 571-9390 | | | | | 360,000 |
| 3 | Jim Steele 1444 N. Orange Grove Ave. West Hollywood, CA  90046 | Steele@filmray.com 323.855.3263 | | | | | 90,000 |
| 4 | Chris Conover/Hudson Capital, EP Fee 15 E. Central Avenue Pearl River, NY  10965 | cconover@HudsonPrivate.com / Office (845) 920-1600, Cell (917) 887-7009 | | | | | 75,000 |
| 5 | Deferment Talent Pool Giulia Prenna 11810 Mayfield Ave., #105 Los Angeles, CA  90049 | | | | | | 150,000 |
| 6 | Deferment Talent Pool Jane Levy, c/o Lon Sorenson 10100 Santa Monica, #750 Los Angeles, CA  90067 | T 310.248.5107 | | | | | 80,000 |
| 7 | Deferment Talent Pool Lin Oeding 2687 La Cuesta Drive Los Angeles, CA  90046 | linoeding@gmail.com / +1 (818) 415-7675 | | | | | 80,000 |
| 8 | Deferment Talent Pool Ian Shorr 1920 Hillhurst Ave., #126 Los Angeles, CA  90027 | ianshorr@gmail.com +1 (213) 400-0368 | | | | | 37,500 |

Debtor   OFFICE UPRISING, LLC                              Case number (if known)_____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Deferment Talent Pool Peter Gamble 3602 Second Avenue La Crescenta, CA  91214 | petergamble@att.net / +1 (213) 925-8880 | | | | | 37,500 |
| 10 | Deferment Talent Pool Zachary Levi, c/o UTA 9336 Civic Center Drive Beverly Hills, CA  90210 | Jason Heyman: HeymanJ@unitedtalent.com | | | | | 30,000 |
| 11 | Deferment Talent Pool Jim Steele 1444 N. Orange Grove Ave. West Hollywood, CA  90046 | | | | | | 50,000 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |
| 16 | 1 | | | | | | |
| 17 | | | | C, U, D | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

## CORPORATE RESOLUTION

In accordance with the authority vested in the Members, Managers, Board of Directors, the Directors have approved, and do hereby approve, the following resolutions:

RESOLVED, that Office Uprising, LLC (the "**Corporation**") file a Petition for a reorganization pursuant to Chapter 11 of the Bankruptcy Code, and it is further

RESOLVED, that any officer or manager of the Corporation including but not limited to Giulia Prenna, Manager, is authorized by their sole signature to sign all documents necessary and requisite in connection with the said Petition pursuant to Chapter 11 of the Bankruptcy Code, and is directed to perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such Chapter 11 case, and it is further

RESOLVED, that this Corporation retain Kogan Law Firm, APC as counsel to represent the Corporation in connection with the proceedings, and to pay its retainer.

DATED:  February 20, 2019

**Office Uprising, LLC**

By: _____
Giulia Prenna, Member

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>1849 Sawtelle Blvd., Suite 700<br>Los Angeles, California 90025<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |

☒ *Attorney for:* DEBTOR

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>OFFICE UPRISING, LLC | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| Plaintiff(s), | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, *(Printed name of attorney or declarant)* Michael Kogan _____, the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.  I have personal knowledge of the matters set forth in this Statement because:

☐ I am the president or other officer or an authorized agent of the Debtor corporation

☐ I am a party to an adversary proceeding

☐ I am a party to a contested matter

☒ I am the attorney for the Debtor corporation

2.a.  ☒ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

Giulia Prenna and Mind the GAP Productions, LLC

[For additional names, attach an addendum to this form.]

b.  ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Date:  02/20/2019

By:   /s/Michael S. Kogan
     Signature of Debtor, or attorney for Debtor

Name:  Michael S. Kogan
      Printed name of Debtor, or attorney for Debtor

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 2                     F 1007-4.CORP.OWNERSHIP.STMT

## United States Bankruptcy Court
### Central District of California

In re     OFFICE UPRISING, LLC _____,

                                      Debtor

Case No. _____

Chapter _____ **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Giulia Prenna and Mind the GAP Productions, LLC | | | |

/s/Giulia Prenna

____
0   continuation sheets attached to List of Equity Security Holders

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>1849 Sawtelle Blvd., Suite 700<br>Los Angeles, California 90025<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>OFFICE UPRISING, LLC<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11 |
|---|---|

**ATTACHMENT TO VOLUNTARY PETITION FOR NON-INDIVIDUAL FILING FOR BANKRUPTCY UNDER CHAPTER 11**

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this form shall be completed and attached to the petition.]*

1. If any of the Debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is N/A_____.

2. The following financial data is the latest available information and refers to the debtor's condition on 02/20/2019____.
   a. Total assets                                                       $_____
   b. Total debts (including debts listed in 2.c., below)    $_____
   c. Debt securities held by more than 500 holders

| | Approximate number of holders: |
|---|---|
| ☐ secured  ☐ unsecured  ☐ subordinated  $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated  $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated  $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated  $ | |
| ☐ secured  ☐ unsecured  ☐ subordinated  $ | |

   d. Number of shares of preferred stock _____
   e. Number of shares of common stock _____
   Comments, if any: N/A

3. Brief description of the Debtor's business: MOVIE RIGHTS

4. List the names of any persons who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the Debtor:
   Giulia Prenna, Mind the GAP Productions, LLC

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Los Angeles_____, California

Date: _02/20/2019_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Fill in this information to identify the case:**

Debtor name  OFFICE UPRISING, LLC

United States Bankruptcy Court for the: CENTRAL _____ District of CALIFOR
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* ........................................................................................ | $ 0.00 |

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................... | $ 1,786,000.00 |

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* ...................................................................................... | $ 1,786,000.00 |

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*........................... | $ 287,667.00 |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F* ......................................... | $ 0.00 |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ...................... | + $ 2,696,335.00 |

4. **Total liabilities**................................................................................................
Lines 2 + 3a + 3b | $ 2,984,002.00 |

**Fill in this information to identify the case:**

Debtor name ___OFFICE UPRISING, LLC___

United States Bankruptcy Court for the: ___CENTRAL___ District of ___CALIFOR___
(State)

Case number (If known): _____

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

**2. Cash on hand**                                                                           $_____0.00

**3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | checking | 9 9 5 3 | $ 135,000.00 |
| 3.2. | | | $ |

**4. Other cash equivalents** *(Identify all)*

4.1. _____     $_____
4.2. _____     $_____

**5. Total of Part 1**                                                                        $ 135,000.00
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

Current value of debtor's interest

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

7.1. _____     $_____
7.2. _____     $_____

Debtor  OFFICE UPRISING, LLC _____    Case number (if known)_____
         Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____
   8.2._____    $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.    | $              0.00 |

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

                                                                    Current value of debtor's
                                                                    interest

11. **Accounts receivable**

    11a. 90 days old or less:   700,000        –   0             = ........➔    $      700,000.00
                                face amount         doubtful or uncollectible accounts

    11b. Over 90 days old:      _____     –   _____   = ........➔    $_____
                                face amount         doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $      700,000.00 |

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method        Current value of debtor's
                                                    used for current value   interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____
    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                  % of ownership:

    15.1._____    _____%    _____    $_____
    15.2._____    _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.    | $              0.00 |

Debtor    OFFICE UPRISING, LLC
_____
Name                                                Case number (if known)_____

---

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    - ☑ No. Go to Part 6.
    - ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**                                                                              ✓
    Add lines 19 through 22. Copy the total to line 84.

|  | $_____ 0.00 |

24. **Is any of the property listed in Part 5 perishable?**
    - ☑ No
    - ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    - ☑ No
    - ☐ Yes. Book value _____    Valuation method_____    Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    - ☑ No
    - ☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    - ☑ No. Go to Part 7.
    - ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

Debtor    OFFICE UPRISING, LLC
_____    Case number (if known)_____
Name

33. **Total of Part 6.**
    Add lines 28 through 32. Copy the total to line 85.

    $_____0.00

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No
    ☐ Yes. Is any of the debtor's property stored at the cooperative?

        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No
    ☐ Yes. Book value $_____ Valuation method _____ Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No
    ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $_____1,000.00 | _____ | $_____1,000.00 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**
    Add lines 39 through 42. Copy the total to line 86.

    $_____1,000.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

Debtor     OFFICE UPRISING, LLC
_____          Case number (if known)_____
            Name

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☑ No. Go to Part 9.

    ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1_____ | $_____ | _____ | $_____ |
| 47.2_____ | $_____ | _____ | $_____ |
| 47.3_____ | $_____ | _____ | $_____ |
| 47.4_____ | $_____ | _____ | $_____ |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1_____ | $_____ | _____ | $_____ |
| 48.2_____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1_____ | $_____ | _____ | $_____ |
| 49.2_____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No

    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

Debtor    OFFICE UPRISING, LLC _____      Case number (*if known*)_____
       Name

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$        0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:  Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br><br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>  Office Uprising Movie | $   500,000.00 | _____ | $   500,000.00 |
| **61. Internet domain names and websites** | $_____ | _____ | $_____ |
| **62. Licenses, franchises, and royalties**<br>  Office Uprising | $_____ | unknown | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property** | $_____ | _____ | $_____ |
| **65. Goodwill** | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$        500,000.00

Debtor      OFFICE UPRISING, LLC
_____
          Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?**
   ☑ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☑ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.
   ☐ No. Go to Part 12.
   ☑ Yes. Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|

71. **Notes receivable**
   Description (include name of obligor)
   _____   _____ – _____ = ➔   $_____
                                    Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**
   Description (for example, federal, state, local)
   _____          Tax year _____   $_____
   _____          Tax year _____   $_____
   _____          Tax year _____   $_____

73. **Interests in insurance policies or annuities**
                                                               $_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**
   claim against Michelle Seanez                                $    100,000.00
   Nature of claim      malpractice, fraud, contract
   Amount requested    $   100,000.00

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
   claim against Sean Lydiard                                   $    350,000.00
   Nature of claim      fraud, contract
   Amount requested    $   350,000.00

76. **Trusts, equitable or future interests in property**
                                                               $_____

77. **Other property of any kind not already listed**   Examples: Season tickets, country club membership
   _____                               $_____
   _____                               $_____

78. **Total of Part 11.**
   Add lines 71 through 77. Copy the total to line 90.          $    450,000.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ☐ No
   ☐ Yes

Debtor    <u>OFFICE UPRISING, LLC</u>                                      Case number *(if known)* _____
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 135,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 700,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..................................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 500,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 450,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ _____ | + 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................... $ 1,786,000.00

**Fill in this information to identify the case:**

Debtor name __OFFICE UPRISING, LLC__

United States Bankruptcy Court for the: __CENTRAL__   District of __CALIFORI__
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.1** Creditor's name

__Writers Guild of America West, Inc.__

Creditor's mailing address

__7000 West 3rd Street__

__Los Angeles, CA 90048__

Creditor's email address, if known

_____

Date debt was incurred __7/22/2017__

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

Describe debtor's property that is subject to a lien

__IP of Debtor__   $ _____0.00   $ _____0.00

_____

Describe the lien
__UCC-1__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2** Creditor's name

__Writers Guild of America East, Inc.__

Creditor's mailing address
__555 West 57th Street__

__New York, NY 10019__

Creditor's email address, if known

_____

Date debt was incurred __7/22/2017__

Last 4 digits of account number  ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

__IP of Debtor__   $ _____0.00   $ _____0.00

_____

Describe the lien
__UCC-1__

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $_____

Debtor    **OFFICE UPRISING, LLC**                          Case number *(if known)*_____
Name

| Part 1: | **Additional Page** | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.___**

**Creditor's name**

Seanez Legal, c/oMichelle Seanez

**Creditor's mailing address**

13351 Riverside Drive #400
Sherman Oaks, CA 91423

**Creditor's email address, if known**

_____

Date debt was incurred    4/06/2017
**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

accounts, royalties                          $    35,000.00    $    35,000.00
_____
_____
_____

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.___**

**Creditor's name**

Cast & Crew Financial Services, L

**Creditor's mailing address**

2300 Empire Avenue, 5th Floor
Burbank, CA 91504

**Creditor's email address, if known**

_____

Date debt was incurred    12/29/2016
**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

movie rights                          $    252,667.00    $    252,667.00
_____
_____

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page ____ of ____

Debtor    OFFICE UPRISING, LLC
_____
Name

Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

2.___

**Creditor's name**

Sony Pictures Worldwide Acquisitis

**Creditor's mailing address**

EVP-Legal Affairs 10202 W

Washington Blvd Culver City, CA

**Creditor's email address, if known**

90232

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

royalties

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

$_____ 0.00    $_____ 0.00

---

2.___

**Creditor's name**

_____

**Creditor's mailing address**

_____

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No. Specify each creditor, including this creditor, and its relative priority.

　☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

$_____    $_____ 7.00

Debtor  OFFICE UPRISING, LLC
          Name

Case number (if known)_____

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Barnes & Thornberg, c/o Leslie Parker and Steve Weizenecker, 3475 Piedmont Rd N.E., suite 1700, Atlanta, GA 30305-2954 | Line 2. ___ | ___ ___ ___ ___ |
| Crackle, Inc. 10202 W. Washington Blvd. Haryy Cohn 344 Culver City, CA 90232 | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

**Fill in this information to identify the case:**

Debtor     OFFICE UPRISING, LLC

United States Bankruptcy Court for the: CENTRAL     District of CALIFORI
                                                  (State)

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   Priority creditor's name and mailing address
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 0.00    Priority amount $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

**2.2**   Priority creditor's name and mailing address
Franchise Tax Board, Bankruptcy Unit,
MS A-340,  PO Box 2952
Sacramento, CA 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 0.00    Priority amount $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (qqqqq)

**2.3**   Priority creditor's name and mailing address
Employment Development Department
Bankruptcy Group MIC 92E, P.O. Box
826880,  Sacramento, CA 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim $ 0.00    Priority amount $ 0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor    OFFICE UPRISING, LLC _____    Case number *(if known)*_____
_____*Name*_____

## Part 1.    Additional Page

> Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.__    Priority creditor's name and mailing address**

$ _____ 0.00    $ _____ 0.00

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.__    Priority creditor's name and mailing address**

$ _____    $ _____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.__    Priority creditor's name and mailing address**

$ _____    $ _____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

---

**2.__    Priority creditor's name and mailing address**

$ _____    $ _____

_____
_____
_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
_____

Last 4 digits of account number    ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____)

Debtor   __OFFICE UPRISING, LLC_____   Case number (if known)_____
         Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $                              15,000.00 |
|---|---|---|
| Stephanie Pinola | ☑ Contingent | |
| 208 8th Street | ☑ Unliquidated | |
| Hermosa Beach, CA 91104 | ☑ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $                                     0.00 |
|---|---|---|
| DGA | ☐ Contingent | |
| 7920 Sunset Blvd. | ☐ Unliquidated | |
| Los Angeles, CA 90046 | ☐ Disputed | |
| | **Basis for the claim:** artists | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $                              12,000.00 |
|---|---|---|
| Steven Lowe,  c/o Lowe & Associates | ☐ Contingent | |
| 8383 Wilshire Blvd., Suite 1038 | ☐ Unliquidated | |
| Beverly Hills, CA 90211 | ☐ Disputed | |
| | **Basis for the claim:** attorney fees | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $                                     0.00 |
|---|---|---|
| Bos Entertainment, Inc. dba The Exchange | ☐ Contingent | |
| 6420 Wilshire Blvd., Suite 900 | ☐ Unliquidated | |
| Los Angeles, CA 90048 | ☐ Disputed | |
| | **Basis for the claim:** commission | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $                         1,279,580.00 |
|---|---|---|
| Hudson Capital | ☐ Contingent | |
| 15 East Central Avenue | ☐ Unliquidated | |
| Pearl River, NY 10965 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

**3.6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $                            360,000.00 |
|---|---|---|
| David Boies | ☐ Contingent | |
| 4041 University Drive, 5th Floor | ☐ Unliquidated | |
| Fairfax, VA 22030 | ☐ Disputed | |
| | **Basis for the claim:** _____ | |
| Date or dates debt was incurred _____ | **Is the claim subject to offset?** | |
| Last 4 digits of account number ___ ___ ___ ___ | ☑ No ☐ Yes | |

Debtor     OFFICE UPRISING, LLC
_____
         Name

Case number *(if known)*_____

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___**  Nonpriority creditor's name and mailing address

Peter Gamble

3602 Second Avenue
La Crescenta, CA  91214

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

$_____24,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

Lin Oeding

2687 La Cuesta Drive
Los Angeles, CA  90046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$_____18,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

Sean Lydiard
Paul Tokar, Esq, Beitchman Zekian
16130 Ventura Blvd., Suite 570
Encino, CA  91436

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: production

$_____0.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

Giulia Prenna

11810 Mayfield Ave, #105
Los Angeles, CA  90049

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: production

$_____115,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.___**  Nonpriority creditor's name and mailing address

Jim Steele

1444 North Orange Grove Avenue
West Hollywood, CA  90046

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: production

$_____90,000.00

Date or dates debt was incurred     _____

Last 4 digits of account number     ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    OFFICE UPRISING, LLC
          _____          Case number (if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

Will Clevinger

c/o Lake Forest Entertainment    3415 South
Sepulveda Blvd. Los Angeles, CA 90034

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

$ 65,781.00

---

**3.___** Nonpriority creditor's name and mailing address

Paul Tokar,Esq. Beitchman Zekian

16130 Ventura Blvd., Suite 570
Encino, CA  91436

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: attorney -info only

Is the claim subject to offset?
☑ No
☐ Yes

$ 0.00

---

**3.___** Nonpriority creditor's name and mailing address

Chris Conover/Hudson, Capital EP Fee

15 E. Central Ave., Pearl River, NY  10965

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 75,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Giulia Prenna

11810 Mayfield Ave, #105 Los Angeles, CA 90049

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: production

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Brenton Thwaites

c/o Lon Sorenson: Sloan, Offer, Weber and Dern
10100 Santa Monica Blvd., #750, LA, CA  90067

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,000.00

---

Debtor    OFFICE UPRISING, LLC
_____
        Name

Case number (if known) _____

---

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Jane Levy

c/o Lon Sorensen, Sloane, Offer, Weber and Dern
10100 Santa Monica Blvd., #750, LA, CA  90067

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$            80,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Lin Oeding

2687 La Cuesta Drive
Los Angeles, CA  90046

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$            80,000.00

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Ian Shorr

1920 Hillhurst Ave., #126
Los Angeles, CA  90027

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$            37,500.00

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Peter Gamble

3602 Second Avenue
La Crescenta, CA  91214

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$            37,500.00

---

**3.___** Nonpriority creditor's name and mailing address

Deferment Talent Pool, Zachary Levi

c/o United Talent Agency
9336 Civil Center Dr., Beverly Hills, CA  90210

Date or dates debt was incurred    _____
Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$            30,000.00

---

Debtor ___OFFICE UPRISING, LLC_____        Case number (if known)_____
           Name

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.___ | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**3.___** Nonpriority creditor's name and mailing address
Deferment Talent Pool, Ian Harding, Rob Bonz

c/o T.J. Heath, Esq. The Gersh Agency
9465 Wilshire Blvd., Suite 600, BH, CA  90212

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____15,000.00

---

**3.___** Nonpriority creditor's name and mailing address
Deferment Talent Pool, Jim Steele

1444 North Orange Grove Avenue
West Hollywood, CA  90046

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____50,000.00

---

**3.___** Nonpriority creditor's name and mailing address
Edward Gurney

122 Twin Lakes Rd.
Trussville, Alabama 35173

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____4,966.00

---

**3.___** Nonpriority creditor's name and mailing address
Security Engineers, Inc.  c/o Gary Sexton

1617 3rd Avenue North
Birmingham, AL 35203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____3,547.00

---

**3.___** Nonpriority creditor's name and mailing address
Everything Burns Productions, LLC

Jeremy Burns/Area 47 Sound  Area 47 Sound
1420 Ferncliff Circle     Birmingham, AL 35213

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred     _____
Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____1,000.00

Debtor    OFFICE UPRISING, LLC    Case number (if known) _____
         <u>Name</u>

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Travis Berens

4524 N Clybourn Ave., #117
Burbank, CA 91505

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

$ _____ 1,116.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

James Lopez

3187-A Old Colombian Rd          Hoover, AL 35216

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____ 1,345.00

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

**3.___** Nonpriority creditor's name and mailing address

J

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ _____

Basis for the claim: _____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is the claim subject to offset?
- ☑ No
- ☐ Yes

| Debtor | OFFICE UPRISING, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.12. | | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    OFFICE UPRISING, LLC
          Name

Case number (if known)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 2,696,335.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 2,696,335.00 |

**Fill in this information to identify the case:**

Debtor name ___OFFICE UPRISING, LLC___

United States Bankruptcy Court for the: ___CENTRAL___    District of ___CALIFORI___
                                                                      (State)

Case number (If known): _____    Chapter ___11___

☐ Check if this is an
   amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets – Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | State what the contract or lease is for and the nature of the debtor's interest | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Agreements regarding Movie Waterfall | Freeway CAM B.V. Luna Arena, Henkerbergweg 238, 1101 CM Amsterdam Zuidoost, The Netrherlands c/o Andrassy ut 12, 1061 Budapest, Hungary |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | residuals on Movie | Crackle, Inc. 10202 W. Washington Blvd. Harry Cohn 344 Culver City, CA 90232 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name   OFFICE UPRISING, LLC

United States Bankruptcy Court for the:   CENTRAL                District of   CALIFORI
                                                                              (State)

Case number (If known):   _____

☐ Check if this is an
    amended filing

## Official Form 206H

## Schedule H: Codebtors                                                  12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach
the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
   schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| **2.1** _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.2** _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.3** _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.4** _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.5** _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| **2.6** _____ | Street _____<br>_____<br>City      State      ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

| Fill in this information to identify the case and this filing: |
|---|

Debtor Name  OFFICE UPRISING, LLC

United States Bankruptcy Court for the:  CENTRAL _____  District of  CALIFO ___
                                                                            (State)

Case number (*If known*):  _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/20/2019          **✗** _____
            MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                   Giulia Prenna_____
                                   Printed name

                                   Manager_____
                                   Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  OFFICE UPRISING, LLC

United States Bankruptcy Court for the:  CENTRAL            District of  CALIFORI
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

---

**Part 1:      Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 1/1/2019 MM / DD / YYYY | to | Filing date | ☑ Operating a business ☐ Other t9 | $ 0.00 |
| For prior year: | From 1/1/2018 MM / DD / YYYY | to | 12/31/2018 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 1,434,923.00 |
| For the year before that: | From 1/1/2017 MM / DD / YYYY | to | 12/31/2017 MM / DD / YYYY | ☑ Operating a business ☐ Other | $ 0.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected
from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From MM / DD / YYYY | to | Filing date | _____ | $ _____ |
| For prior year: | From MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |
| For the year before that: | From MM / DD / YYYY | to | MM / DD / YYYY | _____ | $ _____ |

---

Debtor   <u>OFFICE UPRISING, LLC</u>                          Case number (if known)_____
         Name

| **Part 2:** | **List Certain Transfers Made Before Filing for Bankruptcy** |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | see attached list<br>Creditor's name<br><br>Street<br><br><br>City           State      ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |
| 3.2. | <br>Creditor's name<br><br>Street<br><br><br>City           State      ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other_____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | <br>Insider's name<br><br>Street<br><br><br>City           State      ZIP Code<br><br>Relationship to debtor | | $_____ | |
| 4.2. | <br>Insider's name<br><br>Street<br><br><br>City           State      ZIP Code<br><br>Relationship to debtor | | $_____ | |

| VENDOR | AMOUNT | DATE |
|---|---|---|
| Ian Shorr Writer Fee | $12,500.00 | 14-Dec |
| Peter Gamble Writer Fee | $12,500.00 | 12/13/2018 |
| Cast and Crew Loan repayment | $676,392.68 | 12/12/2018 |
| Lowe and Associates Lydiard | $10,000.00 | 12/6/2018 |
| Lowe and Associates Lydiard | $5,000.00 | 2/7/2019 |
| Lowe and Associates Lydiard | $5,000.00 | 12/27/2018 |
| Michael Kogan | $25,000.00 | 2/8/2019 |
| Peter Jazayeri | $5,000.00 | 2/8/2019 |
| Giulia Prenna/Mind the GAP Productions Expense Rein | $638.12 | 2/19/2019 |

Debtor    OFFICE UPRISING, LLC _____     Case number (if known)_____
        <sub>Name</sub>

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $ |
| Street | | | |
| City                State      ZIP Code | | | |
| 5.2. | | | $ |
| Creditor's name | | | |
| Street | | | |
| City                State      ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $ |
| Street | | | |
| City                State      ZIP Code | Last 4 digits of account number: XXXX-- __ __ __ __ | | |

---

**Part 3:**  **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Michelle Seanez v Office U | contract | LA Superior Court <br> Name <br> Stanley Mosk <br> Street <br> 111 N. Hill St. <br> Los Angeles   CA        90012 <br> City            State         ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> BC 716116 | | | |
| 7.2. | Case title <br> Sean Lydiard v Office Uprisi | contract | Court or agency's name and address <br> LA Superior Court <br> Name <br> Stanley Mosk <br> Street <br> 111 N. Hill St <br> LA        CA        90012 <br> City            State         ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | Case number <br> BC 715201 | | | |

Debtor  OFFICE UPRISING, LLC _____  Case number (if known) _____
          Name

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | | $ _____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | | |
| | | Name |
| City        State      ZIP Code | **Case number** | Street |
| | | |
| | **Date of order or assignment** | City        State      ZIP Code |

---

### Part 4:   Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name | | _____ | $ _____ |
| Street | | | |
| City        State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| 9.2. Recipient's name | | _____ | $ _____ |
| Street | | | |
| City        State      ZIP Code | | | |
| Recipient's relationship to debtor | | | |

---

### Part 5:   Certain Losses

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| | | _____ | $ _____ |

---

Debtor  OFFICE UPRISING, LLC
_____
Name

Case number (if known)_____

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | KOGAN LAW FIRM, APC | | 2/08/2018 | $ 25,000.00 |
| | Address | | | |
| | 1849 Sawtelle Blvd., Suite 700 | | | |
| | Street | | | |
| | Los Angeles       CA       90025 | | | |
| | City       State       ZIP Code | | | |
| | **Email or website address** | | | |
| | mkogan@koganlawfirm.co | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | Address | | | |
| | Street | | | |
| | City       State       ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | Trustee | | | |

Debtor    OFFICE UPRISING, LLC
_____    Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ Street | | | |
| | _____ City            State         ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** _____ | _____ _____ | _____ | $_____ |
| | **Address** | | | |
| | _____ Street | | | |
| | _____ | | | |
| | _____ City            State         ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ Street | | From _____ | To _____ |
| | _____ | | | |
| | _____ City            State         ZIP Code | | | |
| 14.2. | _____ Street | | From _____ | To _____ |
| | _____ | | | |
| | _____ City            State         ZIP Code | | | |

Debtor    OFFICE UPRISING, LLC    Case number (if known)_____
          _____
          Name

---

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name | | |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? _Check all that apply:_ ☐ Electronically ☐ Paper |
| _____ City    State    ZIP Code | | |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____ Facility name | | |
| _____ Street | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? _Check all that apply:_ ☐ Electronically ☐ Paper |
| _____ City    State    ZIP Code | | |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor   OFFICE UPRISING, LLC _____   Case number (if known)_____
         Name

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | m<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City   State   ZIP Code | _____<br>_____<br>Address<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

Debtor     OFFICE UPRISING, LLC                                          Case number (if known)_____
           Name

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City           State          ZIP Code | | | |

| Part 12: | Details About Environmental Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City           State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City           State          ZIP Code | City           State          ZIP Code | | |

Debtor   <u>OFFICE UPRISING, LLC</u>                                      Case number (if known)_____
          Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State     ZIP Code | City          State     ZIP Code | | |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____   To _____ |
| 25.2. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____   To _____ |
| 25.3. | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
| | | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| | Name | | **Dates business existed** |
| | Street | | |
| | City          State     ZIP Code | | From _____   To _____ |

---

Debtor     <u>OFFICE UPRISING, LLC</u>
     Name

Case number (if known) _____

---

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26a.1.   Aderholt & Horton, LLC <br> Name <br> 100 Concourse Parkway, Suite 175 <br> Street <br><br> Birmingham, AL 35244 <br> City     State     ZIP Code | From _____    To _present_ |
| 26a.2.   Lisa Ruppsecht <br> Name <br> 6527 Old Shell Road, #68 <br> Street <br> Mobile, AL 36608 <br><br> City     State     ZIP Code | From _____    To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

❑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.   Aderholt & Horton, LLC <br> Name <br> 100 Concourse Parkway, Suite 175 <br> Street <br><br> Birmingham, AL 35244 <br> City     State     ZIP Code | From _____    To _present_ |
| 26b.2.   Erin Wayland <br> Name <br> E & M Tax Services <br> Street <br> 3415 S. Sepulveda Blvd., Suite 1100 <br> Los Angeles    CA    90034 <br> City     State     ZIP Code | From _____    To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br> Name <br><br> Street <br><br> City     State     ZIP Code | _____ <br> _____ <br> _____ |

---

Debtor    OFFICE UPRISING, LLC
          _____                    Case number *(if known)*_____
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | Name _____ | _____ |
| | Street _____ | _____ |
| | _____ | _____ |
| | City                State        ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

| 26d.1. | Name _____ |
|---|---|
| | Street _____ |
| | _____ |
| | City                State        ZIP Code |

**Name and address**

| 26d.2. | Name _____ |
|---|---|
| | Street _____ |
| | _____ |
| | City                State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

| 27.1. | Name _____ |
|---|---|
| | Street _____ |
| | _____ |
| | City                State        ZIP Code |

Debtor     OFFICE UPRISING, LLC
_____     Case number (if known)_____
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.  _____
       Name
       _____
       Street
       _____
       City                                    State          ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Giulia Prenna | 11810 Mayfield Ave, LA, CA 90049 | Manager, Member | 10 |
| Mind the GAP Producti | 11810 Mayfield Ave, LA, CA 90049 | Member | 90 |
| | | | |
| | | | |
| | | | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| | | | From _____ To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. | | | |
| Name _____ | _____ | _____ | _____ |
| Street _____ | | _____ | |
| _____ | | _____ | |
| City          State     ZIP Code | | _____ | |
| Relationship to debtor | | _____ | |

Debtor    OFFICE UPRISING, LLC
          _____          Case number (if known)_____
          Name

---

**Name and address of recipient**
          _____   _____   _____

30.2
          _____
          Name
                                                                              _____
          _____
          Street
                                                                              _____
          _____

          _____
          City                        State      ZIP Code                     _____

          **Relationship to debtor**
                                                                              _____
          _____

---

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     02/20/2019
                MM / DD / YYYY

✗ _____          Printed name  Giulia Prenna _____
  Signature of individual signing on behalf of the debtor

  Position or relationship to debtor    Manager _____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

## CENTRAL DISTRICT OF CALIFORNIA

**In re**    OFFICE UPRISING, LLC

Case No. _____

**Debtor**                                                Chapter 11 _____

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above
     named debtor(s) and that compensation paid to me within one year before the filing of the petition in
     bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in
     contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____25,000.00

     Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . $_____25,000

     Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____0

2.   The source of the compensation paid to me was:

     ☑ Debtor            ☐ Other (specify)

3.   The source of compensation to be paid to me is:

     ☑ Debtor            ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are
        members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not
        members or associates of my law firm. A copy of the agreement, together with a list of the names of the
        people sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy
     case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to
          file a petition in bankruptcy;

     b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned
          hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

02/20/2019
*Date*

/s/Michael S. Kogan
*Signature of Attorney*

KOGAN LAW FIRM, APC
*Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>1849 Sawtelle Blvd., Suite 700<br>Los Angeles, California 90025<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com<br><br>☐  *Debtor(s) appearing without attorney*<br>☒  *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>OFFICE UPRISING, LLC<br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of ____ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___02/20/2019___

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

Office Uprising, LLC.
11810 Mayfield Ave., #105
Los Angeles, CA 90049


Michael S. Kogan, Esq
Kogan Law Firm, APC
1849 Sawtelle Blvd.
Suite 700
Los Angeles, CA  90025


United States Trustee
915 Wilshire Blvd.
Suite 1850
Los Angeles, CA  90017

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA  19101


Franchise Tax Board
Bankruptcy Section, MS:A-340
P.O. Box 2952
Sacramento, CA  95812-2952


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA  94280-0001


State Board of Equalization
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA  94279-0029


Stephanie Pinola
208 8th Street
Hermosa Beach, CA 91104


DGA
7920 Sunset Blvd.
Los Angeles, CA  90046


Steven Lowe
c/o Lowe & Associates
8383 Wilshire Blvd.., Suite 1038
Beverly Hills, CA  90211


Bos Entertainment, Inc. dba The Exchange
6420 Wilshire Blvd., Suite 900
Los Angeles, CA  90048

Hudson Capital
15 East Central Avenue
Pearl River, NY  10965


David Boies
4041 University Drive, 5th Floor
Fairfax, VA  22030


Peter Gamble
3602 Second Avenue
La Crescenta, CA  91214


Lin Oeding
2687 La Cuesta Drive
Los Angeles, CA  90046


Sean Lydiard
c/o Paul Tokar, Esq.
Beitchman Zekian
16130 Ventura Blvd., Suite 570
Encino, CA  91436

Giulia Prenna
11810 Mayfield Avenue, #105
Los Angeles, CA  90049

Jim Steele
1444 North Orange Grove Avenue
West Hollywood, CA  90046

Will Clevinger
c/o Lake Forest Entertainment
Rumble Riot Pictures
3415 South Sepulveda Blvd.
Los Angeles, CA 90034

Paul Tokar, Esq.
Beitchman Zekian
16130 Ventura Blvd., Suie 570
Encino, CA  91436

Chris Conover/Hudson, Capital EP Fee
15 E. Central Avenue
Pearl River, NY  10965


Deferment Talent Pool, Brenton Thwaites
c/o Lon Sorenson
Sloan, Offer, Weber and Dern
10100 Santa Monica Blvd., Suite 750
Los Angeles, Ca  90067


Deferment Talent Pool, Jane Levy
c/o Lon Sorensen
Sloan, Offer, Weber and Dern
10100 Santa Monica Blvd., Suite 750
Los Angeles, CA  90067


Deferment Talent Pool, Lin Oeding
2687 La Cuesta Drive
Los Angeles, CA  90046


Deferment Talent Pool, Ian Shorr
1920 Hillburst Ave., Suite 126
Los Angeles, CA  90027


Deferment Talent Pool, Peter Gamble
3602 Second Avenue
La Crescenta, CA  91214


Deferment Talent Pool, Zachary Levi
c/o United Talent Agency
9336 Civic Center Drive
Beverly Hills, CA  90210

Deferment Talent Pool, Ian Harding, Rob Bonz
c/o T.J. Heath, Esq.
The Gersh Agency
9465 Wilshire blvd., Suite 600
Beverly Hills, CA  900212


Deferment Talent Pool, Jim Steele
1444 North Orange Grove Avenue
West Hollywood, Ca  90046

David Tamargo
3361 Bagley Avenue, #17
Los Angeles, CA 90034

Edward Gurney
122 Twin Lakes Rd.
Trussville, Alabama 35173

Security Engineers, Inc.
c/o Gary Sexton
1617 3rd Avenue North
Birmingham, AL 35203

Everything Burns Productions, LLC
Jeremy Burns/Area 47 Sound
1420 Ferncliff Circle
Birmingham, AL 35213

Travis Berens
4524 N Clybourn Ave., #117
Burbank, CA 91505

James Lopez
3187-A Old Colombian Rd
Hoover, AL 35216

Writer's Guild of America West, Inc.
7000 West 3rd Street
Los Angeles, CA  90048

Writer's Guild of America East, Inc.
555 West 57th Street
New York, NY  10019

Seanez Legal
c/o Michelle Seanez
13351 Riverside Drive, #400
Sherman Oaks, CA  91423


Cast & Crew Financial Services
2300 Empire Ave., 5th Floor
Burbank, CA  91504

Barnes & Thornberg
c/o Leslie Parker and Steve Weizenecker
3475 Piedmont Road NE, Suite 1700
Atlanta, GA  30305-2954


Harry Cohn
Crackle, Inc.
10202 W. Washington Blvd.
Culver City, CA  90232

Sony Pictures Worldwide Acquisition
EVP-Legal Affairs
10202 W. Washington Blvd.
Culver City, CA  90232

| Attorney or Party Name, Address, Telephone 6 FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>**KOGAN LAW FIRM, APC**<br>1849 Sawtelle Blvd., Suite 700<br>Los Angeles, California 90025<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com<br>☒ *Attorney for:* Debtor | |

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| **In re:**<br>OFFICE UPRISING, LLC,<br>                                              Debtor(s). | **CASE NO.**<br>**CHAPTER: 11** |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

| | | | |
|---|---|---|---|
| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | |
| ☒ | Amendments to the petition, statement of affairs, schedules or lists | Dated Filed: | _____ |
| ☒ | Other:  Declarations in Support of Motions | Date Filed: | Various |

**PART 1 — DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (I) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making o f such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____          February 20, 2019
*Signature of Authorized Signatory of Filing Party*                Date

**Giulia Prenna**
*Printed Name of Authorized Signatory of Filing Party*

**Manager**
*Title of Authorized Signatory of Filing Party*

**PART II — DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (I) the "Id," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "V," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, *the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____          February 20, 2019
*Signature of Attorney for Filing Party*                       Date

**Michael S. Kogan (mkogan@koganlawfirm.com)**
*Printed Name of Attorney for Filing Party*