| Attorney Name, Address, Telephone and FAX | File with U.S. TRUSTEE Only |
|---|---|
| Michael S. Kogan (SBN 128500)<br>**KOGAN LAW FIRM, APC**<br>1849 Sawtelle Blvd., Suite 700<br>Los Angeles, California 90025<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>**OFFICE UPRISING, LLC**<br>Debtor(s) | Case No. 2:19-bk-11840-SK<br>Chapter 11 |
|---|---|

**NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

| | |
|---|---|
| 1. Name of Insider: | Giulia Prenna |
| 2. Relationship to Debtor (i.e. owner, partner, officer, director, shareholder). | Manager |
| 3. Date when relationship with Debtor commenced: | 2016 |
| 4. Position title: | Manager |
| 5. Position Description: | Manage and supervise operations, employees, and financing, develop new business |
| 6. Assigned Duties: | See above |
| 7. Date employed in current position: | At least last three years |
| 8. If previously employed by Debtor within past two years in a different position, state position(s) and date(s). | None |
| 9. Number of hours worked per week: | 40-50 |
| 10. Total amount of compensation and payment interval: | $5,000 per month paid bi-monthly + benefits as detailed below |
| 11. Breakdown of compensation (specify amount and payment interval. | |
| Salary: | $5,000 per month |
| Perquisites (total, detail below): | |

| | |
|---|---|
| Car Allowance: | |
| Medical Insurance: | |
| Life Insurance: | |
| Business Expenses: | as incurred |
| Other (Specify): | |
| 12. Identify the source of the funds to be used to pay compensations specified in No. 10: | Debtor's revenue |
| 13. Date and amount of last increase in compensation: | over one year ago (Salary has been reduced prior to bankruptcy case) |
| 14. Identify any creditor who asserts a security interest (whether or not Debtor disputes the validity thereof) in the receipts generated by the operation of the Debtor's business and the amount of its claim: | none |
| 15. Specify all compensation, perquisites, loans, benefits etc. received by insider from the Debtor during the twelve month period immediately preceding the filing of the Chapter 11 Petition (Attach W-2, 1099, Individual Payroll Cards and other related forms): | compensation evidence |
| Compensation: | $5,000 salary per month |
| Loans: | N/A |
| Perquisites (Specify): | See Above |

I declare under penalty of perjury that the answers contained in the foregoing Notice are true and correct.

Dated: February 25, 2019

Giulia Prenna, Manager

Print Name and Title of Authorized Agent for Debtor

*(signature)*

Signature of Authorized Agent for Debtor

---

Attach proof of service on Creditors Committee or the Twenty Largest Creditors if no committee has been formed, and to any secured creditors that claim an interest in cash collateral.

If this notice pertains to setting compensation, it must be filed and served fourteen days before any pay out of compensation, although compensation may be accrued during this period.

If this notice pertains to an increase in compensation, it must be filed and served thirty days before the date when the proposed increase takes effect.

| In re: OFFICE UPRISING, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:19-bk-11840-SK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1849 Sawtelle Blvd., Suite 700, Los Angeles, California 90025

A true and correct copy of the foregoing document described as
**NOTICE OF SETTING INSIDER COMPENSATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 26, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **February 26, 2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February 26, 2019** | Christa Anchrum | /s/ Christa Anchrum |
|---|---|---|
| Date | Type Name | Signature |

| In re: OFFICE UPRISING, LLC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:19-bk-11840-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

Michael S Kogan on behalf of Debtor
mkogan@koganlawfirm.com


United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov


## II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL - VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012


**Unsecured Creditors – Complete List**

Hudson Capital
15 East Central Avenue
Pearl River, NY 10965

David Boies
4041 University Drive, 5th Floor
Fairfax, VA 22030

Jim Steele
1444 North Orange Grove Avenue
West Hollywood, CA 90046

Chris Conover/Hudson, Capital EP Fee
15 E. Central Avenue
Pearl River, NY 10965

Deferment Talent Pool, Giulia Prenna
11810 Mayfield Ave., #105
Los Angeles, CA 90049

Deferment Talent Pool, Jane Levy
c/o Lon Sorensen

Sloan, Offer, Weber and Dern
10100 Santa Monica Blvd., Suite 750
Los Angeles, CA  90067

Deferment Talent Pool, Lin Oeding
2687 La Cuesta Drive
Los Angeles, CA  90046

Deferment Talent Pool, Ian Shorr
1920 Hillburst Ave., Suite 126
Los Angeles, CA  90027

Deferment Talent Pool, Peter Gamble
3602 Second Avenue
La Crescenta, CA  91214

Deferment Talent Pool, Zachary Levi
c/o United Talent Agency
9336 Civic Center Drive
Beverly Hills, CA  90210

Deferment Talent Pool, Jim Steele
1444 North Orange Grove Avenue
West Hollywood, Ca  90046

**Secured Creditors**

Writer's Guild of America West, Inc.
7000 West 3rd Street
Los Angeles, CA  90048

Writer's Guild of America East, Inc.
555 West 57th Street
New York, NY  10019

Seanez Legal
c/o Michelle Seanez
13351 Riverside Drive, #400
Sherman Oaks, CA  91423

Cast & Crew Financial Services
2300 Empire Ave., 5th Floor
Burbank, CA  91504

Barnes & Thornberg
c/o Leslie Parker and Steve Weizenecker
3475 Piedmont Road NE, Suite 1700
Atlanta, GA  30305-2954

Harry Cohn
Crackle, Inc.
10202 W. Washington Blvd.
Culver City, CA  90232

Sony Pictures Worldwide Acquisition
EVP-Legal Affairs

10202 W. Washington Blvd.
Culver City, CA  90232