David P. Beitchman (SBN 198953)
dbeitchman@bzlegal.com
Paul Tokar (SBN 305267)
ptokar@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 Ventura Blvd, Suite 570
Encino, California 91436
Telephone: (818) 986-9100
Facsimile: (818) 986-9119

Attorneys for Creditor, Michelle Seañez dba Seañez Legal,
Sean Lydiard, and Lydiard Films

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>OFFICE UPRISING, LLC;<br><br>Debtor. | **Case No.:**   **2:19-bk-11840-sk**<br><br>Chapter 11 Bankruptcy Petition<br><br>**OBJECTION TO NOTICE OF SETTING/INCREASING INSIDER COMPENSATION; REQUEST FOR HEARING; AND DECLARATION OF MICHELLE SEAÑEZ IN SUPPORT THEREOF** |

- 2 -

1    Creditor, Michelle Seañez dba Seañez Legal ("Seanez") hereby objects to Notice of Setting/Increasing Insider Compensation of Giulia Prenna ("Prenna") sought from Debtor Office Uprising, LLC, and requests a hearing thereon.

    Creditor Seañez objections to the compensation sought by Prenna on the following grounds: (1) compensation of $5,000 per month or $60,000 per year is excessive for the duties to be performed by Prenna; (2) there are virtually no more duties to be performed for Office Uprising, LLC as its sole purpose was to film and develop a feature motion picture that has been completed and sold; (3) Prenna is not qualified nor competent to hold the position sought; (4) Prenna has paid herself through the use of business expense accounts of Office Uprising, LLC since its inception; (5) Prenna has engaged in self-dealing to the financial detriment of Office Uprising, LLC.

    In support thereof, Seañez submits the attached declaration.

DATED: March 5, 2019                               **BEITCHMAN & ZEKIAN, P.C.**

By: _____
    David P. Beitchman
    Paul Tokar,
    Attorneys for Creditor,
    Michelle Seanez dba Seanez Legal,
    Sean Lydiard, and Lydiard Films

- 2 -

**OBJECTION TO NOTICE OF SETTING/INCREASING INSIDER COMPENSATION**

**DECLARATION OF MICHELLE SEANEZ**

I, Michelle Seañez, declare as follows:

1. The statements and facts contained in this Declaration are made of my own personal knowledge, and where specifically stated to be made on information and belief, I believe them to be true. If called upon to testify to the facts contained herein, I could and would competently do so.

2. I make this declaration to state my opinion and assertion that the request for insider compensation by Giulia Prenna is not warranted and improper given the status of the company, Office Uprising, LLC.

3. I am the former attorney for Office Uprising, LLC. The sole purpose of Office Uprising, LLC was to film a motion picture entitled "Office Uprising." The film was released to audiences in or around June 2018.

4. Due to the fact that the film has been completed and is now streaming online, there is no further work that needs to be done.

5. Contrary to the statements made by Giulia Prenna on the Notice of Setting/Increasing Inside Compensation, Office Uprising, LLC has no employees and there is no need for future employees. The sole member of Office Uprising, LLC is a California Limited Liability Company called "Mind The Gap Productions, LLC" that is entirely owned and operating by Prenna. Since the film has finished, Prenna has been using Office Uprising, LLC funds to sustain her day-to-day life, which I allege on information and belief.

6. The film is finished and has been sold to Sony Crackle, a streaming service that will stream the film for a specific period of time. Likewise, there is no new business to develop on behalf of Office Uprising, LLC. The only business, if any, that would be necessary to Office Uprising, LLC would be to ascertain new markets for the film once Sony Crackles exclusive rights to the film expire and Office Uprising, LLC has engaged The Exchange, a film sales company, for that purpose.

7. I assert that Prenna is not competent to run Office Uprising, LLC. It is my understanding, which I allege on information and belief, that Prenna has no proper management skills specific this realm of the motion picture industry. She has poor relations with almost all, if not all, of the parties associated with this film, including producers.

8. I think that the request for $5,000 per month in compensation is excessive and out of line of the remaining duties, if any, that will be performed by Prenna.

I state under penalty of perjury under the laws of the State of California and those of the United States that the foregoing is true and correct.

Dated: March 5, 2019

_____
Michelle Seañez

**OBJECTION TO NOTICE OF SETTING/INCREASING INSIDE COMPENSATION**