Michael S. Kogan (SBN 128500)
**KOGAN LAW FIRM, APC**
1849 Sawtelle Blvd., Suite 700
Los Angeles, California 90025
Telephone (310) 954-1690
mkogan@koganlawfirm.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:19-bk-11840-SK |
| OFFICE UPRISING, LLC. | Chapter 11 |
| Debtor. | |
| | REPORT ON STATUS OF CHAPTER 11 CASE |
| | DATE: May 1, 2019<br>TIME: 9:00 a.m.<br>PLACE: Courtroom 1575 |

Office Uprising, LLC (the "**Debtor**"), the debtor and debtor in possession herein in this bankruptcy case, hereby files this Report on Status of Chapter 11 Case (the "**Status Report**") as follows:

1. **Structure of the Debtor**. The Office Uprising, LLC (the "**Debtor**") is a limited liability corporation, and not a small business corporation as defined in 11 U.S.C. § 101 (51D). The Debtor is in the business of selling, licensing and otherwise using the movie rights to the theatrical movie "Office Uprising" (the "**Film**"). The Debtors two (2) members are Giulia Prenna (10%) and Mind the GAP Productions, LLC (90%), which is controlled by Giulia Prenna. The

Debtor commenced this Chapter 11 bankruptcy case by filing a Voluntary Petitions under Chapter 11 of 11 U.S.C. § 101 et seq. (the "**Bankruptcy Code**") on February 21, 2019. The Debtor is operating its business and managing its financial affairs as debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2.  **Events Precipitating the Chapter 11 Filing**. What follows is a brief summary of the dates and circumstances that led the Debtor to file bankruptcy.

In 2009, a predecessor to the Debtor, secured an option to purchase the script entitled "Kubicle", which would later be renamed "Office Uprising", and made into a film of the same name. By the time of the formation of the Debtor in 2016, a significant amount of funds were expended in order to begin production of the Film. At that time, the Debtor determined to Sean Lydiard ("**Lydiard**"), Jim Steele, and Will Clevinger, as the producers of the Film (collectively, the "**Producers**"). In addition, Michelle Seanez ("**Seanez**") acted as production counsel to the Film based upon her representation that she would defer fees until other parties were paid.

In July 2016, Seanez counseled the Debtor to add Lydiard as a Manager of the Debtor in addition to his duties as one of the Producers, with full independent financial control over the Debtor's day to day finances. As a consequence of this change, while the Film was in production, Lydiard took many actions that affected the Debtors ability to financially finish the Film on budget and caused various unforeseen and inappropriate liabilities to the Debtor. The additional and unforeseen debts caused the budget to increase by at least $500,000. Moreover, Lydiard entered into a more favorable producer agreement than any other producer which resulted in Lydiard being entitled to proceeds of the Film before any other of the Producers.

The final approved budget for the Film, as agreed to by the producers on or about October 26, 2016 was approximately $3,200,000, which included $600,000 in producer fees to Giulia Prenna ("**Prenna**")[1], Lydiard, Jim Steele, and Will Clevinger ($150,000 each). At the start of principal photography on November 29, 2016, the Debtor had raised only approximately $2,850,000 through a combination of loans, including $1,819,000 from Hudson Capital, and

---

[1] Prenna also became one of the Producers.

investments. In order to proceed with filming, the Producers, agreed to contribute their producer fees to the production of the Film in return for deferred payments to be recouped in the same manner as the equity investors in the Film.

The Film was filmed in Alabama from November – December 2016, and sold for distribution to Sony in June 2018, and premiered on the Sony Crackle steaming channel on July 19, 2018. Prior to the Sony transaction, Lydiard was terminated from the Debtor as Manager and producer in early 2017, and Prenna took sole responsibility as the Manager of the Debtor at that point.[2] Despite the influx of funds to the Debtor pursuant to the sale and distribution of the Film to Sony, the terms of which was secured by Prenna, Lydiard's wrongful conduct as described herein had plunged the Debtor into unforeseen overage budget debts of at least $500,000 prior to the Sony deal, causing the Debtor to be in debt to various parties. Lydiard was terminated from the Debtor as Manager and producer in April 2017. In addition, the Debtor has been unable to repay any investors or Producers who are entitled to be paid after the investors are paid.

While Lydiard was in charge of the Debtor's accounts, Lydiard engaged in financially irresponsible conduct, including but not limited to (1) failing to pay various vendors and extras for work they performed, and failed to account for these expenses in the Debtor's books and records; and (2) severely mismanaged the Debtor's funds, supported by a debt sheet submitted in excess of $500,000 as of the close of principal photography (over and above the final agreed upon Film budget of $3,200,000) without leaving any funds in place for the Debtor to complete post-production and deliver the Film. Lydiard's actions resulted in three lawsuits which halted the tax rebate filing in the State of Alabama. Cast & Crew Financial Services, LLC ("**Cast & Crew**") had loaned the Debtor a portion of the budget of the film against the tax rebate anticipated, and the delay and the these lawsuits resulted in the Debtor incurring a further interest amount of $140,000 to Cast & Crew.

As a consequence of these events, the Debtor sold certain distribution rights of the Film to Sony Crackle. The entire principal loan amount borrowed from Cast & Crew has been repaid

---

[2] Seanez was also terminated as production counsel to the Debtor.

through the receipt of Tax Credits from the State of Alabama where the Film was filmed. However, the Debtor remains indebted to a number of parties including Cast & Crew for their loan fees, due to the budget overruns and the amount of proceeds received from the Film. Moreover, the Debtor has been the subject of two legal proceedings which are ongoing commenced in California Superior Court by Lydiard (Case No. BC715201 ), and Seanez (Case No. BC716116). In both matters, the Debtor has filed cross-claims against Lydiard and Seanez, including unaccounted use of trust account funds, and believes that the cross-claims may be valuable assets of the bankruptcy estate.

The litigation coupled with the various claims against the Debtor and potential revenues from the Film, have resulted in giving the Debtor no alternative. The Debtor was informed and believes that, without the commencement of this case, the Debtors ability to operate was at risk. Subsequently, the Debtor commenced its Chapter 11 bankruptcy case. It is expected that the Debtor will be able to formulate a reasonable plan of reorganization to pay off its creditors based upon its assets.

Prior to filing the bankruptcy case, the Debtor formulated a number of changes to improve profitability which will be implemented during the bankruptcy case and subsequent to confirmation of its plan of reorganization.  These changes include: (1) resolving various disputes to the proceeds of the Film; (2) reducing administrative expenses; (3) determining potential sale and distribution rights to the Film and implementing them; (4) reducing litigation expenses by resolving claims against the Debtor in one consolidated bankruptcy case; and (5) implementing a marketing plan to capitalize on the value of the Film.

**The Debtor believes that these changes, will allow the Debtor to propose a plan of reorganization promptly, which will pay all of the estate's creditors.**

3. **Professionals:** The Debtor has filed an application to employ the Kogan Law Firm, APC ("**KLF**") as its bankruptcy counsel.  That application approved by the Court.

4. **Cash Collateral**: No cash collateral issues exist at this time.

5.  **Compliance**: The Debtor is in substantial compliance with all of its duties under 11 U.S.C. §§ 521, 1106 and 1107, and all applicable guidelines of the Office of the U.S. Trustee ("UST").

6.  **Disclosure Statement and Plan Filing:** The Debtor anticipates filing its Disclosure Statement and Plan by September 30, 2019. The Motion for approval of the Disclosure Statement will be filed 21 days before the hearing.

7.  **Deadline for Proofs of Claims:** The Debtor requests a Bar Date, of July 30, 2019..

8.  **Objections to Claims Deadline:** To be set.

9.  **Avoidance Actions:** The Debtor has not completed its investigation of avoidance actions at this time. However, the Debtor believes that November 30, 2019 would be an appropriate deadline.

10. **Professional Compensation Projections**: Attached hereto and incorporated herein as Exhibit "A", are true and correct copies of the Debtors projections for professional compensation.

11. **Efforts to Reorganize:** The Debtor has already taken steps to improve operations and profitability and has begun formulating projections to enable it to timely file its Plan of Reorganization. In addition, the Debtor anticipates making a settlement proposal to various creditors who it is presently in litigation with to resolve their claims.

DATED: March 25, 2019          KOGAN LAW FIRM, APC
                                Michael S. Kogan


                          By:   /s/Michael S. Kogan
                                Michael S. Kogan
                                Attorneys for Debtor

## DECLARATION OF GIULIA PRENNA

**I, Giulia Prenna, declare as follows:**

1. I am the Manager of Office Uprising, LLC (the "**Debtor**"), the debtor and debtor in possession herein in this bankruptcy case. The contents of this declaration are based upon my personal knowledge of the facts set forth herein, which concern matters under my supervision or control within the scope of my duties with the Debtor herein. If called as a witness, I could and would competently testify under oath to the facts set forth herein. If any facts are based upon information and belief, I so state. I have extensive experience with the Debtor's operations and its books and records, including the history of account payables and receivables, and the Debtor's relationships with creditors. During my tenure as Manager of the Debtor, I and/or persons under my control have been reviewing the books and records of the Debtor, to ensure familiarity with all aspects of the Debtor's business operations and its books and records.

2. I have read the contents of the status report, and the facts set forth therein and agree with those facts. The information contained in the status report concerning the Debtor operations are accurate and based upon information given to my counsel, based upon my personal knowledge.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __22__ day of March 2019 in Los Angeles, California.

_____
Giulia Prenna

# EXHIBIT A

## EXHIBIT "A"

## PROFESSIONAL COMPENSATION & REIMBURSEMENT BUDGET

*for Chapter 11*

| | |
|---|---|
| **Case Number:** | 2:19-bk-11840-SK |
| **Case Name:** | OFFICE UPRISING, INC. |
| **Date Commenced:** | 2 /21 / 19 |

| | |
|---|---|
| **Applicant Name:** | Kogan Law Firm, APC ("KLF") |
| **Applicant firm:** (If applicable) | |
| **Location:** | Los Angeles, California |
| **Type of Services to be Rendered:** | General Bankruptcy Counsel |
| | |

REPORT ON STATUS OF CHAPTER 11 CASE

CATEGORY:        Case Administration

*PROFESSIONAL*

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 10,000 |
| Associate[3] | 350 | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____10,000 plus 15%_____

**TOTAL FOR CATEGORY:**    $_____10,000 plus 15%_____

CATEGORY:        Asset Analysis and Recovery

*PROFESSIONAL*

| Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 5,000 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____

**TOTAL FOR CATEGORY:**    $_____5,000 plus 15%_____

---

[3] The Associate rate is a blended rate of the projected associates who are contemplated to work on this case.

**CATEGORY:**  Asset Disposition

*PROFESSIONAL*

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 5,000 |
| Associate | 350 | |

**EXPENSES & COSTS:**  15%

**TOTAL:**  $_____

**TOTAL FOR CATEGORY:**  $5,000 plus 15%

---

**CATEGORY:**  Meetings of and Communications with Cred

*PROFESSIONAL*

| Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 5,000 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**  15%

**TOTAL:**  $_____

**TOTAL FOR CATEGORY:**  $    5,000 plus 15%

CATEGORY:          Fee/Employment Applications

*PROFESSIONAL*

| Name and/or Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 2,500 |
| Associate | 350 | |

**EXPENSES & COSTS:**    15%

                **TOTAL:**  $ _____

**TOTAL FOR CATEGORY:**  $ _____2,500 plus 15%_____

---

CATEGORY:          Business Operations

*PROFESSIONAL*

| Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 5,000 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**    15%

                **TOTAL:**  $ _____

**TOTAL FOR CATEGORY:**  $ _____5,000 plus 15%_____

REPORT ON STATUS OF CHAPTER 11 CASE

4

CATEGORY:    Financing/Cash Collections

*PROFESSIONAL*

| Name and/or Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 0 |
| Associate | 350 | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____

**TOTAL FOR CATEGORY:**    $____ 0 plus 15%____

CATEGORY:    Relief Stay/Adequate Protection

*PROFESSIONAL*

| Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 0 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____

**TOTAL FOR CATEGORY:**    $____ 0 plus 15%____

REPORT ON STATUS OF CHAPTER 11 CASE

5

CATEGORY:    Fee applications/Objections

*PROFESSIONAL*

| Name and/or Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 2,500 |
| Associate | 350 | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____

**TOTAL FOR CATEGORY:**    $    2,500 plus 15%

---

CATEGORY:    Avoidance Actions

*PROFESSIONAL*

| Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 0 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $    0

**TOTAL FOR CATEGORY:**    $    0

CATEGORY:	Assume/Reject Executory Contracts

*PROFESSIONAL*

| Name and/or Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 2,500 |
| Associate | 350 | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____

**TOTAL FOR CATEGORY:**    $____2,500 plus 15%_____

---

CATEGORY:	Contested Matters/Litigation

*PROFESSIONAL*

| Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 10,000 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**    15%

**TOTAL:**    $_____

**TOTAL FOR CATEGORY:**    $____10,000 plus 15%_____

CATEGORY:   Claim Administration/Objection

*PROFESSIONAL*

| Type | Hourly Rate ($/hr) | Total ($) |
|---|---|---|
| Partner | 550 | 2,500 |
| Associate | 350 | |
| | | |

**EXPENSES & COSTS:**   15%

**TOTAL:**   $   2,500

**TOTAL FOR CATEGORY:**   $   2,500 plus 15%

**CATEGORY:**     Plan & Disclosure Statement

*PROFESSIONAL*

| Name and/or Type | Hourly Rate (S/hr) | Total (S) |
|---|---|---|
| Partner | 550 | 10,000 |
| Associate | 350 | |

**EXPENSES & COSTS:**     15%

**TOTAL:**     $_____

**TOTAL FOR CATEGORY:**     $     10,000

---

**TOTAL FEES:**     60,000

**TOTAL EXPENSES & COSTS:**     3,000

**TOTAL FOR CASE[4]:**     $ 63,000

---

[4] These projections are based on the historical experience of KLF and its attorneys, for cases of this size, however, each case has its own issues, and thus, these projections are subject to change based upon the various issues that evolve over the course of time.

| In re: OFFICE UPRISING, LLC | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:19-bk-11840-SK |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1849 Sawtelle Blvd., Suite 700, Los Angeles, California 90025

A true and correct copy of the foregoing document described as
**REPORT ON STATUS OF CHAPTER 11 CASE**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 25, 2019**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 25, 2019**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 25, 2019** | Christa Anchrum | /s/ Christa Anchrum |
|---|---|---|
| Date | Type Name | Signature |

| In re: OFFICE UPRISING, LLC. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:19-bk-11840-SK |

**ADDITIONAL SERVICE INFORMATION (if needed):**

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Michael S Kogan on behalf of Debtor
mkogan@koganlawfirm.com
Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Paul Tokar on behalf of Interested Party Courtesy NEF
ptokar@bzlegal.com

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** - VIA U.S. MAIL

Hon. Sandra Klein
U.S. Bankruptcy Court
255 E. Temple St. #1582
Los Angeles, CA 90012

**Unsecured Creditors -- Complete List**

Hudson Capital
15 East Central Avenue
Pearl River, NY 10965

David Boies
4041 University Drive, 5th Floor
Fairfax, VA 22030

Jim Steele
1444 North Orange Grove Avenue
West Hollywood, CA 90046

Chris Conover/Hudson, Capital EP Fee
15 E. Central Avenue
Pearl River, NY 10965

Deferment Talent Pool, Giulia Prenna
11810 Mayfield Ave., #105
Los Angeles, CA 90049

Deferment Talent Pool, Jane Levy
c/o Lon Sorensen
Sloan, Offer, Weber and Dern
10100 Santa Monica Blvd., Suite 750
Los Angeles, CA  90067

Deferment Talent Pool, Lin Oeding
2687 La Cuesta Drive
Los Angeles, CA  90046

Deferment Talent Pool, Ian Shorr
1920 Hillburst Ave., Suite 126
Los Angeles, CA  90027

Deferment Talent Pool, Peter Gamble
3602 Second Avenue
La Crescenta, CA  91214

Deferment Talent Pool, Zachary Levi
c/o United Talent Agency
9336 Civic Center Drive
Beverly Hills, CA  90210

Deferment Talent Pool, Jim Steele
1444 North Orange Grove Avenue
West Hollywood, Ca  90046

**Secured Creditors**

Writer's Guild of America West, Inc.
7000 West 3rd Street
Los Angeles, CA  90048

Writer's Guild of America East, Inc.
555 West 57th Street
New York, NY  10019

Seanez Legal
c/o Michelle Seanez
13351 Riverside Drive, #400
Sherman Oaks, CA  91423

Cast & Crew Financial Services
2300 Empire Ave., 5th Floor
Burbank, CA  91504

Barnes & Thornberg
c/o Leslie Parker and Steve Weizenecker
3475 Piedmont Road NE, Suite 1700
Atlanta, GA  30305-2954

Harry Cohn
Crackle, Inc.
10202 W. Washington Blvd.
Culver City, CA  90232

Sony Pictures Worldwide Acquisition
EVP-Legal Affairs
10202 W. Washington Blvd.
Culver City, CA  90232